```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01840
    TERRANCE HARRIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-4102


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/28/2008 and was confirmed 05/01/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   1.00%.

      The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
 ASSET ACCEPTANCE CORP    UNSECURED            617.68         .00          .00
 PEOPLES GAS LIGHT & COKE UNSECURED            760.89         .00          .00
 ASSET ACCEPTANCE CORP    UNSECURED           2412.31         .00          .00
 AT&T                     UNSECURED          NOT FILED        .00          .00
 AT&T                     NOTICE ONLY        NOT FILED        .00          .00
 CITY OF CHICAGO PARKING  UNSECURED           4510.00         .00          .00
 CRED PROTECTION ASSOCIAT UNSECURED          NOT FILED        .00          .00
 DIRECT TV                UNSECURED          NOT FILED        .00          .00
 PREMIER BANKCARD         UNSECURED            423.99         .00          .00
 GREAT AMERICAN FINANCE   UNSECURED            277.06         .00          .00
 ILLINOIS INSURANCE CENTE UNSECURED          NOT FILED        .00          .00
 ILLINOIS INSURANCE C     NOTICE ONLY        NOT FILED        .00          .00
 ILLINOIS MASONIC MEDICAL UNSECURED          NOT FILED        .00          .00
 ILLINOIS MASONIC MEDICAL NOTICE ONLY        NOT FILED        .00          .00
 JOSHEPH F ZUCCHERO DDS   NOTICE ONLY        NOT FILED        .00          .00
 JOSHEPH F ZUCCHERO DDS   UNSECURED             94.00         .00          .00
 MIDLAND CREDIT MANAGEMEN UNSECURED          NOT FILED        .00          .00
 MIDLAND CREDIT MANAGEMEN UNSECURED          NOT FILED        .00          .00
 NCO FINANCIAL            UNSECURED          NOT FILED        .00          .00
 NCO FIN/99               NOTICE ONLY        NOT FILED        .00          .00
 PARK DANSAN              UNSECURED          NOT FILED        .00          .00
 PATHOLOGY CONSULTANT     UNSECURED          NOT FILED        .00          .00
 PATHOLOGY CONSULTANTS    NOTICE ONLY        NOT FILED        .00          .00
 RADIOLOGICAL PHYSICIAN   UNSECURED          NOT FILED        .00          .00
 RADIOLOGICAL PH          NOTICE ONLY        NOT FILED        .00          .00
 RADIOLOGICAL PHYSICIAN   UNSECURED          NOT FILED        .00          .00
 RADIOLOGICAL PH          NOTICE ONLY        NOT FILED        .00          .00
 SPRINT                   UNSECURED          NOT FILED        .00          .00
 SPRINT PCS               NOTICE ONLY        NOT FILED        .00          .00
 SWEDISH COVENANT HOSPITA UNSECURED          NOT FILED        .00          .00
 SWEDISH COVENANT HOSPITA NOTICE ONLY        NOT FILED        .00          .00
 SWEDISH COVENANT HOSPITA UNSECURED          NOT FILED        .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01840 TERRANCE HARRIS
```

```
SWEDISH COVENANT HOSPITA NOTICE ONLY    NOT FILED              .00            .00
T MOBILE                 UNSECURED      NOT FILED              .00            .00
T MOBILE                 NOTICE ONLY    NOT FILED              .00            .00
MIDWEST VERIZON WIRELESS UNSECURED        1005.09              .00            .00
HSBC AUTO FINANCE        SECURED VEHIC  19061.00           184.18        2137.21
IL STATE DISBURSEMENT UN DSO ARREARS    18431.40              .00            .00
HSBC AUTO FINANCE        UNSECURED           .39              .00            .00
GREAT AMERICAN FINANCE   SECURED NOT I   500.00               .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED       747.12               .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY       5555.72               .00            .00
MARLIN E KIRBY           DEBTOR ATTY    3,026.00                          116.61
TOM VAUGHN               TRUSTEE                                          212.00
DEBTOR REFUND            REFUND                                              .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                2,650.00

PRIORITY                                              .00
SECURED                                          2,137.21
    INTEREST                                       184.18
UNSECURED                                             .00
ADMINISTRATIVE                                     116.61
TRUSTEE COMPENSATION                               212.00
DEBTOR REFUND                                         .00
                      ---------------        ---------------
TOTALS                 2,650.00                  2,650.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                        PAGE    2
        CASE NO. 08 B 01840 TERRANCE HARRIS